UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-81043-CIV-DIMITROULEAS/SNOW

PAT KENNEDY, individually,

    Plaintiff,

vs.

GRUBER PLAZA, L.C.,

    Defendant.

_____/

### ORDER OF DISMISSAL

THIS CAUSE is before the Court on the Stipulation For Approval and Entry of a Consent Decree and Dismissal of the Case (the "Stipulation") [DE 35], filed herein on December 21, 2015. The Court has carefully reviewed the Stipulation [DE 35] and is otherwise advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Consent Decree, in the form filed with the Court, is APPROVED and ENTERED, with the Court retaining jurisdiction over this matter for the purpose of enforcement of the Consent Decree;

2. This action is **DISMISSED with prejudice**; and

3. The Clerk is directed to **CLOSE** this case and **DENY** any pending motions as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 21st day of December 2015.

*/s/ William P. Dimitrouleas*
WILLIAM P. DIMITROULEAS
United States District Judge

1

Copies provided to:

Counsel of Record